IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FIL___

05 APR 20  PM 4: 4_

ROBERT R. DI _C_IO
CLERK, U.S. DI_.CT.
W.D. OF TN, MEMPHIS

| | |
|---|---|
| TORY LAMONT SHAW, JR., a minor<br>by next friend, and guardian,<br>KENSHIA JEFFERSON,<br><br>    Plaintiff,<br><br>v.<br><br>LA PETITE ACADEMY, INC.,<br><br>    Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)  No. 04-2398 Ml/V<br>)<br>)<br>)<br>)<br>) |

**ORDER GRANTING MOTION TO AMEND SCHEDULING ORDER
AND
ORDER RESETTING TRIAL DATES**

Before the Court is the parties' joint motion to amend the scheduling order, filed January 28, 2005.  Good cause having been shown, the Court GRANTS the motion and amends the scheduling order to reflect the dates contained in the motion.  The provisions in the motion concerning mediation, however, shall not be adopted into the current scheduling order.  In addition, the Court RESETS the trial dates in this case as follows:

Trial: The Jury trial in this matter is set to begin: <u>Tuesday, September 6, 2005, at 9:30 a.m.</u> in courtroom no. 4.

Pretrial Conference: A pretrial conference is set for <u>Monday, August 29, 2005, at 8:45 a.m.</u>

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on 4-21-05



Pretrial Order: The pretrial order and proposed jury instructions and voir dire questions are due by no later than 4:30 p.m. on Monday, August 22, 2005.

So ORDERED this 19th day of April, 2005.

JON P. McCALLA
UNITED STATES DISTRICT JUDGE

2

# UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 14 in case 2:04-CV-02398 was distributed by fax, mail, or direct printing on April 21, 2005 to the parties listed.

---

Christopher L. Taylor
HILL BOREN
191 Jefferson Ave.
Memphis, TN 38103

M. Clark Spoden
FROST BROWN TODD LLC
424 Church St.
Ste. 1600
Nashville, TN 37219

W. Judd Peak
FROST BROWN TODD LLC
424 Church St.
Ste. 1600
Nashville, TN 37219

Honorable Jon McCalla
US DISTRICT COURT