IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE

FILED BY ____ D.C.
05 JUL 26  AM 8: 30

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN MEMPHIS

TORY LAMONT SHAW, JR., a minor
by next friend, and guardian, KENSHIA
JEFFERSON

    PLAINTIFF,

- VS -                                    CASE: 2:04 CV02398 M1

LA PETITE ACADEMY, INC.

    DEFENDANT.

## ORDER GRANTING MOTION FOR ADDITIONAL TIME TO RESPOND TO SUMMARY JUDGMENT

Upon Motion of the plaintiff for an extension of time within which to respond to defendant's motion for Summary Judgment and for good cause shown.

**IT IS THE ORDER** of this Court that plaintiff be given until Monday, August 15, 2005 to file her response to defendant's Motion for Summary Judgment

ENTERED THIS THE 25 DAY OF JULY, 2005.

_____
DISTRICT COURT JUDGE

### CERTIFICATE OF SERVICE

The undersigned hereby certifies that he is attorney of record for plaintiff and has served a true and correct copy of the foregoing pleading by United States Mail, postage paid, to W. Judd Peak, SunTrust Center, Suite 1600, 424 Church Street, Nashville, Tennessee 37219.

This the 22nd day of July, 2005.

_____
CHRISTOPHER L. TAYLOR

This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on 7-26-05

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 21 in case 2:04-CV-02398 was distributed by fax, mail, or direct printing on July 26, 2005 to the parties listed.

---

Christopher L. Taylor
HILL BOREN
191 Jefferson Ave.
Memphis, TN 38103

M. Clark Spoden
FROST BROWN TODD LLC
424 Church St.
Ste. 1600
Nashville, TN 37219

W. Judd Peak
FROST BROWN TODD LLC
424 Church St.
Ste. 1600
Nashville, TN 37219

Honorable Jon McCalla
US DISTRICT COURT