FILED BY [signature] D.C.
05 JUL 27 AM 10: 24
THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

TORY LAMONT SHAW, JR., a minor by next friend, and guardian, KENSHIA JEFFERSON,

Plaintiff,

v. No. 04-2398 Ml/V

LA PETITE ACADEMY, INC.,

Defendant.

## ORDER GRANTING PLAINTIFF'S MOTION TO AMEND SCHEDULING ORDER AND FOR CONTINUANCE

Before the Court is Plaintiff's motion to amend the scheduling order and for continuance, filed July 21, 2005. Good cause having been shown, the Court GRANTS the motion. Pursuant to the Local Rules of Court, the matter of rescheduling is referred to the United States Magistrate Judge for review and entry of a new scheduling order.

So ORDERED this 26th day of July, 2005.

[signature]
JON P. McCALLA
UNITED STATES DISTRICT JUDGE

This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on 7-27-05



UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 22 in case 2:04-CV-02398 was distributed by fax, mail, or direct printing on July 27, 2005 to the parties listed.

---

W. Judd Peak
FROST BROWN TODD LLC
424 Church St.
Ste. 1600
Nashville, TN 37219

Christopher L. Taylor
HILL BOREN
191 Jefferson Ave.
Memphis, TN 38103

M. Clark Spoden
FROST BROWN TODD LLC
424 Church St.
Ste. 1600
Nashville, TN 37219

Honorable Jon McCalla
US DISTRICT COURT