IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY _____ D.C.

05 AUG 29 AM 11:49

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

| | |
|---|---|
| TORY LAMONT SHAW, | ) |
| Plaintiff, | ) |
| vs. | ) No. 04-2398-M1v |
| LA PETITE ACADEMY, INC., | ) |
| Defendant. | ) |

SCHEDULING ORDER

Pursuant to written notice, a scheduling conference was held August 25, 2005. Present were Chris Taylor, counsel for plaintiff, and W. Judd Peak, counsel for defendant, by telephone. At the conference, the following dates were established as the final dates for:

COMPLETING ALL DISCOVERY:   Friday, December 30, 2005

    (a) DOCUMENT PRODUCTION:  Friday, December 30, 2005

    (b) DEPOSITIONS, INTERROGATORIES AND REQUESTS FOR
        ADMISSIONS:  Friday, December 30, 1005

    (c) EXPERT WITNESS DISCLOSURE (Rule 26):

        (1) DISCLOSURE OF PLAINTIFF'S RULE 26 EXPERT
            INFORMATION:  Monday, October 31, 2005

        (2) DISCLOSURE OF DEFENDANT'S RULE 26 EXPERT
            INFORMATION:  Wednesday, November 30, 2005

        (3) EXPERT WITNESS DEPOSITIONS:
            Friday, December 30, 2005

FILING DISPOSITIVE MOTIONS: Tuesday, January 31, 2006

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on  8-29-05



OTHER RELEVANT MATTERS:

No depositions may be scheduled to occur after the discovery cutoff date. All motions, requests for admissions, or other filings that require a response must be filed sufficiently in advance of the discovery cutoff date to enable opposing counsel to respond by the time permitted by the Rules prior to that date.

Motions to compel discovery are to be filed and served by the discovery deadline or within 30 days of the default or the service of the response, answer, or objection, which is the subject of the motion, if the default occurs within 30 days of the discovery deadline, unless the time for filing of such motion is extended for good cause shown, or the objection to the default, response, answer, or objection shall be waived.

This case is set for jury trial, and the trial is expected to last 2-3 days. The pretrial order date, pretrial conference date, and trial date will be set by the presiding judge.

This case is appropriate for ADR. The parties are directed to engage in court-annexed attorney mediation or private mediation after the close of discovery.

The parties are reminded that pursuant to Local Rule 11(a)(1)(A), all motions, except motions pursuant to Fed. R. Civ. P. 12, 56, 59, and 60 shall be accompanied by a proposed order.

The opposing party may file a response to any motion filed in this matter. Neither party may file an additional reply, however, without leave of the court. If a party believes that a reply is necessary, it shall file a motion for leave to file a reply accompanied by a memorandum setting forth the reasons for which a reply is required.

The parties have not consented to trial before the magistrate judge.

This order has been entered after consultation with trial counsel pursuant to notice. Absent good cause shown, the scheduling dates set by this order will not be modified or extended.

IT IS SO ORDERED.

_____
DIANE K. VESCOVO
UNITED STATES MAGISTRATE JUDGE
DATE: August 26, 2005

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 28 in case 2:04-CV-02398 was distributed by fax, mail, or direct printing on August 29, 2005 to the parties listed.

---

M. Clark Spoden
FROST BROWN TODD LLC
424 Church St.
Ste. 1600
Nashville, TN 37219

W. Judd Peak
FROST BROWN TODD LLC
424 Church St.
Ste. 1600
Nashville, TN 37219

Christopher L. Taylor
HILL BOREN
191 Jefferson Ave.
Memphis, TN 38103

Honorable Jon McCalla
US DISTRICT COURT