IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY ____ D.C.

05 SEP -6 PM 5: 02

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

| | |
|---|---|
| TORY LAMONT SHAW, ) | |
|     Plaintiff, ) | |
| v. ) | No. 04-2398 Ml/V |
| LA PETITE ACADEMY, INC., ) | |
|     Defendant. ) | |

ORDER SETTING TRIAL AND PRETRIAL DATES

Pursuant to the Order Granting Plaintiff's Motion to Amend Scheduling Order and for Continuance entered July 27, 2005, a conference was held by the magistrate judge on August 25, 2005, and new deadlines were established. In accordance with the deadlines established at the conference (and by order entered August 29, 2005), the trial and pretrial dates are RESET as follows before the District Court:

1. The jury trial in this matter, which is anticipated to last two to three (2-3) days, is reset to <u>Monday, April 10, 2006 at 9:30 a.m.</u> (from September 6, 2005).

2. A pretrial conference is reset to <u>Monday, April 3, 2006 at 8:45 a.m.</u> (from August 29, 2005).

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on 9-7-05



3. The joint pretrial order and proposed jury instructions and voir dire questions are due by no later than 4:30 p.m. on <u>March 27, 2006</u>.

Absent good cause, the dates established by this order shall not be extended or modified.

IT IS SO ORDERED this 6 day of September, 2005.

/s/ Jon P. McCalla
JON PHIPPS McCALLA
UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 29 in case 2:04-CV-02398 was distributed by fax, mail, or direct printing on September 7, 2005 to the parties listed.

Christopher L. Taylor
HILL BOREN
191 Jefferson Ave.
Memphis, TN 38103

M. Clark Spoden
FROST BROWN TODD LLC
424 Church St.
Ste. 1600
Nashville, TN 37219

W. Judd Peak
FROST BROWN TODD LLC
424 Church St.
Ste. 1600
Nashville, TN 37219

Honorable Jon McCalla
US DISTRICT COURT